IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MELISSA HOPFINGER,** | ) |
| **Plaintiff,** | ) CASE NO: 3:18-CV-1523-NJR-MAB |
| vs. | ) TRIAL:<br>) June, 2020, Presumptive Trial Month |
| **CITY OF NASHVILLE, ILLINOIS, et al.,** | ) |
| **Defendants.** | ) FINAL PRETRIAL CONFERENCE:<br>) 5/28/2020 at 2:00 PM |

# ORDER ADOPTING FIRST AMENDED JOINT REPORT AND PROPOSED SCHEDULING AND DISCOVERY ORDER

**BEATTY, Magistrate Judge:**

Having reviewed the First Amended Joint Report of the Parties and finding that the parties have complied with the requirements of FED. R. CIV. P. 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the same.

Depositions upon oral examination, interrogatories, requests for documents, and answers and responses thereto shall not be filed unless on order of the Court. Disclosures or discovery under FED. R. CIV. P. 26(a) are to be filed with the Court only to the extent required by the final pretrial order, other Court order, or if a dispute arises over the disclosure or discovery and the matter has been set for briefing.

The parties should note that they may, pursuant to FED. R. CIV. P. 29, modify discovery dates set in the Joint Report by written stipulation, except that they may *not* modify a date if such modification would impact the deadline for the completion of all discovery, the deadline for filing dispositive motions, or the date of any court appearance.

The Final Pretrial Conference is set for May 28, 2020, at 2:00 p.m. and Jury Trial is set on the June, 2020, presumptive trial month.   Both settings are before District Judge Nancy J. Rosenstengel in East St. Louis.

**IT IS SO ORDERED.**

**DATED: February 13, 2019**

<u>s/Mark A. Beatty</u>
**MARK A. BEATTY**
**United States Magistrate Judge**
